UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE LEE ODEMNS III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:15-cv-00862   Jury Demand |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 6/9/2015 |
| WHITE HOUSE, *et al.*, ) | Description: Pro Se Gen. Civil  (F Deck) |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *see Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint, the Court concludes that what factual contentions are identifiable are baseless and wholly incredible. Plaintiff's allegations that defendants "have been collecting data (sounds, words, thoughts, dreams) from [him] for financial profit without consent . . . with the aide of other technology (microchips, satellite, audio/visual recorder) . . . and then distributed to U.S. Federal employees, contractors and international government entities," Compl. at 1-2, do not comprise viable legal claims. Furthermore, the allegations of the complaint "constitute the sort of patently insubstantial claims" that deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009).

3

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: June 5, 2015                                  /s/ Colleen Kollar-Kotelly
                                                    United States District Judge